CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 1 3 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| NORMAN BONDS, | ) | |
| Plaintiff, | ) | Civil Action No. 7:09-cv-00517 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DR. EMRON, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** and the Clerk is **DIRECTED** to strike it from the active docket of the court. Bonds' motion for an extension of time (docket no. 5) is **DENIED as MOOT**.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 13th day of January, 2010.

_____
United States District Judge